LOWRY *v.* KAHN.

APPEAL from the *Howard* Common Pleas.

*Per Curiam.*—The bill of exceptions in this case, containing the evidence, was not filed until after the term. No time was given to file it. The questions attempted to be presented arise upon that bill. There is nothing before us.

The judgment is affirmed, with five per cent. damages and costs.

*Havens* and *Brouse,* for the appellant.

*N. R. Linsday,* for the appellee.